

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **LAVELLE T. TULLIS** | **CIVIL ACTION NO. 10-0807** |
| -vs- | **JUDGE DRELL** |
| **SHIVANI NEGI, et al.** | **MAGISTRATE JUDGE KIRK** |

## AMENDED RULING AND ORDER

Having identified a clerical error in the "Ruling and Order" signed March 31, 2011 (Document No. 33), the Court issues the following correction in accordance with Fed. R. Civ. P. 60(a):

> The second sentence of the second full paragraph on page 5 is amended to provide, "The interaction of 38 U.S.C. § 1151 is important to both the medical malpractice and <u>Bivens</u> claims, the former of which is actionable against the VA under the Federal Tort Claims Act."

The remainder of the Ruling and Order is unchanged.

SIGNED on this 4th day of May, 2012 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE